UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD NIXON, *on behalf of himself and all others similarly situated*,

        Plaintiff,

v.

KOMAR LAYERING, LLC,

        Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/5/2020

20-CV-2251 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 17, 2020, the Court ordered the parties to file a joint letter within forty-five (45) days of service of the summons and complaint requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initiate status conference in the matter. Dkt. 5. On April 8, Defendant Komar Layering, LLC completed a waiver of the service of summons and the complaint. Dkt. 6. However, to date, the Court has not received the parties' joint letter. No later than **June 10, 2020**, the parties shall submit this joint letter. If the parties need additional time to confer, they shall file a letter requesting an extension and informing the Court when they believe they can file this joint letter.

SO ORDERED.

Dated:    June 5, 2020
          New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge